ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

FEB 1 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
HAROLD L SR PIERCE ) Case No. 06-52416 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, STERLING INC DBA KAY JEWELERS in the above entitled matter was returned marked: CREDITOR DID NOT FILE AN ADDRESS CHANGE WITH THE COURT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1,796.33 as an unclaimed dividend.

Claim # 10010    STERLING INC DBA KAY JEWELERS
C/O TRAUNER COHEN & THOMAS
2880 DRESDEN DR
ATLANTA, GA 30341

Dated: February 12, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
SEP 21 2009
Devin Derham-Burk
Trustee, Chapter 13



STERLING INC DBA KAY JEWELERS
C/O TRAUNER COHEN & THOMAS
2880 DRESDEN DR
ATLANTA, GA 30341

NIXIE   300   DE  1       00 09/16/09
      RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 95150001313      *2756-13141-10-39